

ACCEPTED
01-15-00117-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 10:15:43 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 12CV0053

| | | |
|---|---|---|
| LEAGUE CITY, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| TEXAS WINDSTORM INSURANCE | § | |
| ASSOCIATION, | § | |
| Defendant. | § | 10TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 10:15:43 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Pursuant to TEX. R. APP. P. 25.1, Plaintiff, League City, gives notice of its appeal from the Amended Final Judgment signed on November 13, 2014, from the trial court's overruling of Plaintiff's post-judgment motions, and from any other adverse rulings in No. 12-CV-0053; *League City v. Texas Windstorm Insurance Association*; in the 212th District Court of Galveston County, Texas. The case will be appealed to the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted:

THE MOSTYN LAW FIRM

/s/ Gregory F. Cox
Gregory F. Cox
State Bar No. 00793561
6280 Delaware Street
Beaumont, Texas 77706
409.832.2777–telephone
409.832.2703–facsimile

HOGAN & HOGAN

By: /s/ Jennifer Bruch Hogan
Jennifer Bruch Hogan
State Bar No. 03239100
Email: jhogan@hoganfirm.com
Richard P. Hogan, Jr.
State Bar No. 09802010
E-mail: rhogan@hoganfirm.com
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002
713.222.8800–telephone
713.222.8810–facsimile

ATTORNEYS FOR PLAINTIFF

45419_1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

*/s Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Dated: February 6, 2015

Counsel for Defendant:

Dale Wainwright
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
*Via TexFile*

Andrew T. McKinney IV
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77056
*Via TexFile*

James R. Old, Jr.
JAY OLD & ASSOCIATES, PLLC
3560 Delaware, Suite 308
Beaumont, Texas 77706
*Via TexFile*

| | |
|---|---|
| Court Fee | $40.00 |
| Service Fee | $0.00 |

## Documents

| | | |
|---|---|---|
| *Lead Document* | Notice of Appeal.pdf | [Original] |

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Gregory Cox<br>gfcdocketefile@mostynlaw.com | Mostyn Law Firm | EServe | Sent | Yes | 02/06/2015 03:00:14 PM |
| Steve Mostyn<br>jsmostyn@mostynlaw.com | Mostyn Law Firm | EServe | Sent | Yes | Not Opened |
| James R Old<br>jennifer.baker@jroldlaw.com | Jay Old & Associates - Beaumont | EServe | Sent | Yes | Not Opened |
| Dale Wainwright<br>dale.wainwright@bgllp.com | Bracewell & Giualini LLP | EServe | Sent | Yes | 02/06/2015 03:00:14 PM |
| Andrew T. McKinney<br>mckinney@litchfieldcavo.com | Litchfield Cavo, L.L.P. | EServe | Sent | Yes | Not Opened |
| Tory Taylor<br>taylor@litchfieldcavo.com | Litchfield Cavo | EServe | Sent | Yes | Not Opened |
| Jennifer Bruch Hogan<br>jhogan@hoganfirm.com | Hogan & Hogan | EServe | Sent | Yes | 02/06/2015 03:00:20 PM |
| David P Salyer<br>dpsalyer@mapalaw.com | McLeod, Alexander, Powel & Apffel | EServe | Sent | Yes | Not Opened |
| Randal G. Cashiola<br>rcashiola@cashiolalaw.com | | EServe | Sent | Yes | Not Opened |

## Notice

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Notice |
| Filing Description | Notice of Change of Address for Counsel for Plaintiff |
| Reference Number | League City v. TWIA |
| Comments | |
| Courtesy Copies | jcrochet@hoganfirm.com |
| Status | Under Review |

### Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |